THYRZA B. F. FOWLER et al., Respondents, *v.* THE STATE OF NEW YORK, Appellant.   (Claim No. 18339.)

GEORGE MAURE, Respondent, *v.* THE STATE OF NEW YORK, Appellant.   (Claim No. 18456.)

(Argued May 2, 1932; decided June 1, 1932.)

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *Harold Greenstein* of counsel), for appellant.

*John T. Norton* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.